IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00139-PSF-BNB

DOUGLAS BELL,

Plaintiff,

v.

COCA COLA ENTERPRISES, a Delaware corporation,

Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Joint Motion to Modify Scheduling Order** (the "Motion"), filed on September 8, 2005.

IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

| | |
|---|---|
| Discovery Cut-off: | **November 8, 2005**; |
| Dispositive Motion Deadline: | **December 8, 2005**. |

IT IS ORDERED that the Pretrial Conference set for December 8, 2005, is **vacated and reset to February 21, 2006, at 9:00 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.L.1.b., is due on or before **February 14, 2006**. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2B.

DATED: September 9, 2005