IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00139-PSF-BNB

DOUGLAS BELL,

Plaintiff,

v.

COCA COLA ENTERPRISES, a Delaware corporation,

Defendant.
_____

**ORDER**
_____

After reviewing the parties' confidential settlement statements, I have determined that the settlement conference scheduled to occur on September 30, 2005, prior to the plaintiff's deposition, would be a waste of resources. Accordingly,

IT IS ORDERED that the settlement conference set for September 30, 2005, is VACATED and RESET to **October 24, 2005, at 3:00 p.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The parties shall submit updated confidential settlement statements to my chambers on or before **October 17, 2005**, discussing the facts and issues in the case and containing a specific offer of compromise, including a dollar amount the party will accept or pay in settlement and any other essential terms of a settlement.

Dated September 26, 2005.

                BY THE COURT:

                /s/ Boyd N. Boland
                United States Magistrate Judge