IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00139-PSF-BNB

DOUGLAS BELL,

Plaintiff,

v.

COCA COLA ENTERPRISES, a Delaware corporation,

Defendant.
_____

## ORDER
_____

After reviewing the parties' confidential settlement positions, I have determined that the settlement conference scheduled to occur on October 24, 2005, at 3:00 p.m., would be a waste of resources. Accordingly,

IT IS ORDERED that the settlement conference set for October 24, 2005, is VACATED.

Dated October 19, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge