IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00139-PSF-BNB

DOUGLAS BELL,

Plaintiff,

v.

COCA COLA ENTERPRISES, a Delaware corporation,

Defendant.

_____

# ORDER

_____

This matter is before me on the **Plaintiff's Motion to Compel Pursuant to F.R.C.P. 37 and Motion for Extension of Time to Respond to Motion for Summary Judgment** [Doc. # 26, filed 12/28/05] (the "Motion").  I held a hearing on the Motion this afternoon and made rulings on the record, which are incorporated here.  In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is DENIED.

IT IS FURTHER ORDERED that the plaintiff has to and including **January 31, 2006**, within which to respond to the Motion for Summary Judgment On Behalf of Coca-Cola Enterprises Inc.

Dated January 25, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge