IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00139-PSF-BNB

DOUGLAS BELL,

    Plaintiff,

v.

COCA-COLA ENTERPRISES INC.,

    Defendant.

## ORDER TO RESET FINAL TRIAL PREPARATION CONFERENCE

This matter is before the Court *sua sponte*. It is ORDERED that the final trial preparation conference currently set for June 19, 2006 is hereby RESET to **Tuesday, June 20, 2006 at 4:30 p.m.**

    DATED: May 24, 2006

                                            BY THE COURT:

                                            *s/ Phillip S. Figa*

                                            _____
                                            Phillip S. Figa
                                            United States District Judge