IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00139-PSF-BNB

DOUGLAS BELL,

Plaintiff,

v.

COCA COLA ENTERPRISES, a Delaware corporation,

Defendant.
_____

**ORDER**
_____

The district judge recently entered an order granting in part and denying in part the defendant's motion for summary judgment. One claim remains against the defendant, and it is set for trial beginning June 26, 2006. The final trial preparation conference, also before the district judge, is set to occur on June 20, 2006.

No settlement conference has been held in this case, in part on the representation of the defendant that such a conference was premature.

IT IS ORDERED that a settlement conference is set for **June 19, 2006, at 2:30 p.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. Attorneys and client representatives with full authority to settle the case must be present at the settlement conference in person. (NOTE: This requirement is not fulfilled by the presence of counsel only. If an insurance company is involved, an adjustor with authority to enter into a settlement must also be present.)

Each party shall submit a confidential settlement statement to my chambers on or before **12:00 noon on June 16, 2006**, outlining the facts and issues in the case and containing a specific offer of compromise, including a dollar amount the client will accept or pay in settlement and any other essential elements of a settlement.

Dated June 13, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge