IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00139-PSF-BNB

DOUGLAS BELL,

     Plaintiff,

v.

COCA-COLA ENTERPRISES INC., a Delaware corporation,

     Defendant.

---

## ORDER ON DEFENDANT'S MOTION *IN LIMINE* TO EXCLUDE PLAINTIFF'S EXPERT WITNESS

---

     This matter is before the Court on Defendant's Motion *In Limine* to Exclude Plaintiff's Expert Witness Judi Brauning (Dkt. # 50), filed May 12, 2006.  Plaintiff filed his response in opposition to the motion on June 6, 2006 (Dkt. # 58).  This matter is set for a final trial preparation conference on June 20, 2006 and a three-day jury trial commencing June 26, 2006.

     For the reasons set forth below, the defendant's motion to exclude the testimony of Ms. Brauning is DENIED, but defendant is permitted to take a deposition of Ms. Brauning prior to trial, via telephone or in person, limited to 90 minutes duration per side, and Ms. Brauning's direct testimony at trial is limited to the matters set forth in her letter dated February 23, 2006 and the attachments thereto (Exhibit F to Defendant's Motion)

Although Ms. Brauning was not disclosed as an expert witness prior to the submission of the Pretrial Order, by order entered on March 7, 2006, the Magistrate Judge amended the Pretrial Order to include Ms. Brauning as an expert witness listed by plaintiff, apparently with no opposition having been filed by defendant.  The defendant did not timely file an objection to the ruling of the Magistrate Judge, or any objection at all until it filed its Motion *in Limine*.  It would be prejudicial to plaintiff to strike her as an expert witness at this time.

Defendant asserts that it has not received an expert report of Ms. Brauning's testimony.  Yet, her letter dated February 26, 2006 and Exhibit F, attached to the Motion, appear to be the report as to which she will be called to testify.  Her testimony at trial will be limited to the contents of that report.

Defendant has not taken deposition testimony of Ms. Brauning.  It is arguably prejudicial to defendant to permit her to testify without taking her deposition.  Therefore, the Court ORDERS that Ms. Brauning be made available for deposition, by telephone or in person, if and in such form as defendant chooses, prior to the commencement of trial for a deposition to last not more than 90 minutes per side.

DATED: June 14, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge

2