**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa**

Civil Action No.  05-cv-00139-PSF-BNB

DOUGLAS BELL,

    Plaintiff,

v.

COCA-COLA ENTERPRISES, INC.,

    Defendant.
_____

**ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS**
_____

IT IS ORDERED that, at the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

    DATED June 27, 2006

                                                BY THE COURT:

                                                *s/ Phillip S. Figa*
                                                _____
                                                Phillip S. Figa
                                                United States District Judge