IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00139-PSF-BNB

DOUGLAS BELL,

    Plaintiff,

v.

COCA-COLA ENTERPRISES INC., a Delaware corporation,

    Defendant.

---

## ORDER GRANTING WITHDRAWAL OF MOTION
---

Upon consideration of Plaintiff's Motion to Withdraw (Dkt. # 89) Motion to Strike Bill of Costs (Dkt. # 87),

IT IS ORDERED that the motion to withdraw is GRANTED and the motion to strike (Dkt. # 87) is deemed withdrawn.

DATED:  July 18, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge